```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

**BOBBY DWAYNE WILLIAMS**                                              **PLAINTIFF**

        v.        Civil No. 13-2188

**DEPUTY SEAN WILLIE**                                                 **DEFENDANT**

### O R D E R

Now on this 24th day of October 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #9) and plaintiff's objection thereto. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #9) is hereby **adopted *in toto***, and plaintiff's objection is **overruled**;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's complaint is hereby **dismissed with prejudice.** Dismissal of this case constitutes a strike under 28 U.S.C. 1915(g), and the Clerk is directed to flag the case as such.

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE